**Motion Granted; Order filed March 26, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00427-CR
_____

**NARJES MODARRESI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 339th District Court
Harris County, Texas
Trial Court Cause No. 1260243**

---

## ORDER

Appellant's brief was originally due on November 24, 2014. Appellant did not file a brief or a motion for extension of time to file the brief. On December 18, 2014, this court abated this appeal and requested that the trial court conduct a hearing to determine the reason for the failure to file appellant's brief. Before the hearing was held, appellant's appointed counsel, Vivian R. King, filed a motion for extension of time to file appellant's brief, which contained a reasonable explanation for the late brief. Accordingly, we ordered the appeal reinstated and

granted appellant's request for an extension of time to file appellant's brief to January 30, 2015, with a notation that no further extensions of time would be granted absent exceptional circumstances.

Appellant filed a request for a further extension of time, which was granted to March 2, 2015. No brief was filed, but counsel has requested a further extension of time. Counsel has cited exceptional circumstances in the motion. Accordingly, we grant the extension request and **ORDER** appellant's counsel to file appellant's brief on or before **April 3, 2015.** If counsel does not timely file appellant's brief as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.